UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 18-4442-JFW (PLAx)**                                        Date: August 7, 2018

Title:    Tina M. Arellano -v- Select Portfolio Servicing, Inc.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                              **None Present**
   **Courtroom Deputy**                            **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                 None

   **PROCEEDINGS (IN CHAMBERS):**    ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT AND/OR STRIKE CLASS ALLEGATIONS [filed 7/19/18; Docket No. 18]

   On July 19, 2018, Defendant Select Portfolio Servicing, Inc. ("Select Portfolio") filed a Motion to Dismiss Plaintiff's Complaint and/or Strike Class Allegations ("Motion").  On July 27, 2018, Plaintiff Tina M. Arellano ("Plaintiff") filed a Notice of Non-Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for August 20, 2018 is hereby vacated and the matter taken off calendar.  After considering the moving papers, and the arguments therein, the Court rules as follows:

   In light of Plaintiff's Notice of Non-Opposition to Select Portfolio's Motion and representation that she intends to file a First Amended Complaint, the Court **GRANTS** Plaintiff's Motion with leave to amend.  Plaintiff shall file her First Amended Complaint on or before August 27, 2018.


   IT IS SO ORDERED.